UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                                                               **20-Cr-398 (GBD)**

-against-

CECILIA MILLAN,

                                      Defendant.

-----------------------------------------------------------X

## ORDER ON DEFENDANT, CECILIA MILLAN'S MOTION TO MODIFY PRETRIAL RELEASE FROM HOME DETENTION WITH ELECTRONIC MONITORING TO CURFEW WITH ELECTRONIC MONITORING

**THIS CAUSE**, having come before the Court Defendant's Motion to Modify Pretrial Release from Home Detention with Electronic Monitoring to Curfew with Electronic Monitoring and the Court after reviewing the pleadings and being advised and otherwise aware of the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Modify Pretrial Release from Home Detention with Electronic Monitoring to Curfew with Electronic Monitoring is hereby GRANTED.
2. Defendant, CECILIA MILLAN's pretrial release conditions are hereby modified from home detention with electronic monitoring to curfew with electronic monitoring.

**DONE and ORDERED** in New York, New York on this 24th day of February.

_____
United States District Judge
GEORGE B. DANIELS    FEB 2 4 2021