UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

UNITED STATES OF AMERICA,

-against-

GUTEMBERG DOS SANTOS, JACKIE
AGUILAR, KARINA CHAIREZ, SCOTT
HUGHES, CECILIA MILLAN, AND PABLO
RENATO RODRIQUEZ,

Defendants.
------------------------------------ x

ORDER

20 Crim. 398 (GBD)

GEORGE B. DANIELS, District Judge:

Counsel for Defendant Cecilia Millan, Hoss Hernandez, moves to withdraw as counsel of record. This motion, (ECF No. 135), is GRANTED.

The C.J.A. attorney assigned to receive cases on this day, Zachary Taylor, is hereby ordered to assume representation of Defendant Cecilia Millan, in the above captioned matter.

Dated: New York, New York
       July 25, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge