# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

November 7, 2022

*By ECF and Fax*

The Honorable George B. Daniels
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED:**

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: NOV 0 9 2022

**Re:** *United States v. Cecelia Millan*, **20 CR 398-04 – Request for appointment of CJA co-counsel**

Dear Judge Daniels:

I represent Cecelia Millan in the above-referenced case under the Criminal Justice Act (the "CJA"). I am writing to respectfully request that the Court assign Samuel Gregory as co-counsel for Ms. Millan. I submit that the appointment of co-counsel is warranted in this case because of the complexity of the issues presented, the number of government witnesses, and the quantity of discovery. As the Court is likely aware, Mr. Gregory is an effective advocate and highly respected member of the CJA panel in this district. Having served as CJA co-counsel with Mr. Gregory in a trial in the Southern District of New York in 2021, I can assure the Court that he will be a great addition to Ms. Millan's defense team. I respectfully request that Mr. Gregory be compensated at the standard CJA rate in light of his experience.

Thank you for your consideration of this matter.

Respectfully,

/s/ Zachary Taylor
Zachary S. Taylor