**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                       :

UNITED STATES OF AMERICA,           :

     -against-                  :

GUTEMBERG DOS SANTOS, JACKIE    :            <u>ORDER</u>
AGUILAR, KARINA CHAIREZ, SCOTT   :
HUGHES, CECILIA MILLAN, AND PABLO  :      20 Crim. 398-4 (GBD)
RENATO RODRIGUEZ,              :

             Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

     A change of plea hearing for Ms. Cecilia Millan is scheduled for February 8, 2023 at 12:00

p.m.


Dated:  February 6, 2023
       New York, New York

                              SO ORDERED.

                              <u>*George B. Daniels*</u>
                              GEORGE B. DANIELS
                              United States District Judge