# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

January 3, 2024

*By ECF and Fax*

The Honorable George B. Daniels
United States District Judge
United States District Court for the
 Southern District of New York
500 Pearl Street
New York, New York 10007

JAN 0 3 2024

**Re:** *United States v. Cecilia Millan*, 20 CR 398-04

SO ORDERED

Defendants' surrender date is
adjourned to March 15, 2024

*[signature]* George B Daniel

HON. GEORGE B. DANIELS

Dear Judge Daniels:

I represent Cecilia Millan in the above-referenced case under the CJA. I am writing to respectfully request a six-week adjournment of Ms. Millan's surrender date, which is currently scheduled for February 1, 2023, for medical reasons.

Ms. Millan is experiencing a severe and, as yet, undiagnosed neurological issue, which has led to numerous hospitalizations during the past few weeks. She is experiencing severe dizziness, facial twitching, slurred speech, fainting and other symptoms. She has been diagnosed with partial opacification of the left mastoid air cells, which is a bacterial infection of the middle ear. However, Ms. Millan's treating physicians believe this diagnosis does not fully explain her symptoms, and she has undergone several tests, including a CT scan on December 15, 2023, in an effort to find their cause. Ms. Millan is scheduled to undergo additional scans on January 4, 2024, and she has a follow-up appointment with a ENT doctor scheduled for mid-February 2024.

Since her arrest in August 2020, Ms. Millan has been fully compliant with the conditions of her bail. On October 10, 2023, Your Honor sentenced Ms. Millan to 60 months of imprisonment and ordered her to surrender to the United States Marshal by 2:00 p.m. on February 1, 2024. We respectfully request that the court delay Ms. Millan's sentencing date by six weeks to March 15, 2024 because she is undergoing tests to determine the cause of her significant symptoms, which would make it impossible to care for herself in an incarceratory setting without treatment.

The government consents to this request.

Respectfully,

*[signature]*

Zachary S. Taylor

cc:   AUSA Sam Raymond