UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                     :
UNITED STATES OF AMERICA             :
                                     :
           - v. -                    :      **FINAL ORDER OF FORFEITURE**
                                     :
CECILIA MILLAN,                      :
                                     :      S1 20 Cr. 398 (GBD)
           Defendant.                :
                                     :
------------------------------------ x

WHEREAS, on or about February 8, 2023, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "First Preliminary Order of Forfeiture") (D.E. 168), which ordered the forfeiture to the United States of all right, title and interest of CECILIA MILLAN (the "Defendant") in, *inter alia*, the following property:

a. Any and all funds in account number ending in -3303 held at Latino Community Credit Union in the name of Cecilia D. Millan, and any and all funds traceable thereto ("LCCU Account");

b. Any and all funds held at Sun Trust Bank in Account Number 1000258838316, held in the name of Lady Elite Empire Inc (the "Sun Trust Account").

c. Any and all funds in account number ending in -0143 held at Latino Community Credit Union in the name of Cecilia D. Millan, and any and all funds traceable thereto;

d. Any and all funds in account number ending in in -9632 held at Latino Community Credit Union in the name of Cecilia D. Millan, and any and all funds traceable thereto;

e. $29,402.00 in United States currency, seized from the Defendant's residence at the time of her arrest on or about August 18, 2020 (the "Seized Currency"); and

(a. through e., collectively, the "Specific Property-1"; c. through e., collectively, the "Subject Property");

WHEREAS, or about October 3, 2023, the Court entered a Second Consent Preliminary Order of Forfeiture as to Specific Property (the "Second Preliminary Order of Forfeiture") (D.E. 264) with respect to CECILIA MILLAN (the "Defendant"), forfeiting to the United States all right, title and interest of the Defendant in the following specific property:

    a.    All right, title, and interest of the defendants in the real property located at 7744 Chesterbrooke Drive, Greensboro, NC 27455, with all improvements, appurtenances, and attachments thereon

(the "Specific Property-2", together with Specific Property-1, the "Specific Properties");

WHEREAS, the First Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the First Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property-1, and the requirement that any person asserting a legal interest in the Specific Property-1 must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property-1 and as a substitute for published notice as to those persons so notified;

WHEREAS, the Second Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Second Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property-2, and the requirement that any person asserting a legal interest in the Specific Property-2 must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property-2 and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Properties before the United States can have clear title to the Specific Properties;

WHEREAS, the notice of Forfeiture and the intent of the United States to dispose of the Specific Property-1 in the First Preliminary Order of Forfeiture was posted on an official government internet site (www.forfeiture.gov) beginning on March 21, 2023 for thirty (30) consecutive days, through April 19, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court on February 27, 2025 (D.E. 324).

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property-2 in the Second Preliminary Order of Forfeiture was posted on an official government internet site (www.forfeiture.gov) beginning on November 21, 2023 for thirty (30) consecutive days, through December 20, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court on February 27, 2025 (D.E. 325).

WHEREAS, on or about May 16, 2023, notice of the First Preliminary Order of Forfeiture was sent via Certified Mail, return receipt requested, to:

      a. Yemi Rodqiruez, Irvine, CA 92618;
      b. Yemi Rodqiruez as Trustee of the Roley Family Trust Irvine, CA 92618
      c. Jorge Alejandro Rodriquez, Downey, CA 90240;
      d. Magartia Cabrera, Oviedo, FL 32765;
      e. Michael Hueston, Brooklyn, NY 11241;
      f. Peter Enrique Quijano, New York, NY 10011;

   g. Maria Sritagool, Plano, TX 75025;
   h. Orlando Velasco Ponce, Ovideo, FL 32765;
   i. Gilbert Bayonne, New York, NY 10031; and
   j. Daniel H. Forman, Miami, FL 33131;

(a. through j., collectively, the "Noticed Parties-1");

  WHEREAS, or about September 10, 2024, Notice of the Second Preliminary Order of Forfeiture was sent by Certified Mail, return receipt requested, to:

   a. Noticed Parties-1;
   b. Peter Katz, Princeton, NJ 08540;
   c. Sean M. Maher, Bronx, NY 10279; and
   d. Zachary S. Taylor, Princeton, NJ 08540

(a. through d., collectively, the "Noticed Parties-2");

  WHEREAS, thirty (30) days have expired since final publication of the Notices of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Properties have been filed;

  WHEREAS, the Defendant, Noticed Parties-1, and Noticed Parties-2 are the only individuals and/or entities known by the Government to have a potential interest the Specific Properties;

  WHEREAS, pursuant to the First Preliminary Order of Forfeiture, the Government seized $50.33 in United States currency, from the LCCU Account (the "LCCU Funds");

  WHEREAS, pursuant to the First Preliminary Order of Forfeiture, the Government seized $25,590.91 in United States currency from the Sun Trust Account (the "Sun Trust Funds");

  WHEREAS, Specific Property-2 is more completely described as 7744 Chesterbrooke Drive, Greensboro, NC 27455, with a legal description of all that certain lot, parcel of land or condominium unit situated in the City of Greensboro, Center Grove Township, Guilford County, North Carolina: being all of Lot 22, of the Stonebridge Subdivision, as per plat thereof

recorded in Plat Book 161, Page 22-24, in the Office of the Register of Deeds of Guilford County, North Carolina; Tax ID : 7859-48-4381 (together with the LCCU Funds, the Sun Trust Funds, and the Subject Property, the "Forfeitable Property"); and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Forfeitable Property is hereby forfeited and vested in the United States of America and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Forfeitable Property.

3. The United States Customs and Border Protection (or its designee) shall take possession of the Forfeitable Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).


Dated: New York, New York
~~February        , 2025~~
March 10, 2025

SO ORDERED:

*George B Daniels*
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE