UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

CECILIA MILLAN,

    Defendant.

------------------------------------- x

ORDER

20 Cr. 398-04 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Since the Government's Letter Motion regarding a Final Order of Forfeiture (ECF No. 327) has been granted (ECF No. 343), the Clerk of the Court is directed to close the Motion at ECF No. 327.

Dated: MAY 1 5 2025

New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge